UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:20-cv-01537-RS

Date case was first filed in U.S. District Court: 03/02/2020

Date of judgment or order you are appealing: 03/19/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Center for Food Safety; Swanton Berry Farms, Inc.; Full Belly Farm, Inc.; Durst Organic Growers, Inc.; Jacobs Farm/Del Cabo, Inc.; Long Wind Farm, Inc.; OneCert, Inc.; and Maine Organic Farmers and Gardeners Association

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

303 Sacramento St.

2nd Floor

City: San Francisco   State: CA   Zip Code: 94111

Prisoner Inmate or A Number (if applicable):

**Signature** s/Sylvia Shih-Yau Wu   **Date** May 18, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Center for Food Safety; Swanton Berry Farms, Inc.; Full Belly Farm, Inc.; Durst Organic Growers, Inc.; Jacobs Farm/Del Cabo, Inc.; Long Wind Farm, Inc.; OneCert, Inc.; and Maine Organic Farmers and Gardeners Association |

Name(s) of counsel (if any):

| |
|---|
| Sylvia Shih-Yau Wu<br>Center for Food Safety |

Address: 303 Sacramento St., 2nd Floor; San Francisco, CA 94111

Telephone number(s): 415-826-2770

Email(s): swu@centerforfoodsafety.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Thomas Vilsack, in his official capacity as Secretary of the United States Department of Agriculture; Bruce Summers, in his official capacity as Administrator of the Agricultural Marketing Service; |

Name(s) of counsel (if any):

| |
|---|
| Liam C. Holland<br>Trial Attorney, Civil Division, Federal Programs Branch |

Address: 1100 L. Street, NW, Washington D.C. 20530

Telephone number(s): 205514-4964

Email(s): Liam.C.Holland@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
same as above

Name(s) of counsel (if any):
George A. Kimbrell
Center for Food Safety

Address: 2009 NE Alberta St., Suite 207

Telephone number(s): (571) 527-8618

Email(s): gkimbrell@centerforfoodsafety.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

**Appellees**

Name(s) of party/parties:
Jennifer Tucker, Ph.D., in her official capacity as Deputy Administrator of the National Organic Program; and the United States Department of Agriculture

Name(s) of counsel (if any):
same as above

Address: same as above

Telephone number(s): same as above

Email(s): same as above

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              2                              *New 12/01/2018*